CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Alfredo Ramirez-Ahuacatitan**<br>YOB: 1991; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE's<br>21-08580MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 13, 2021, at or near Sasabe, in the District of Arizona, **Jose Alfredo Ramirez-Ahuacatitan**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Eagle Pass, Texas on June 18, 2016, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Jose Alfredo Ramirez-Ahuacatitan** is a citizen of Mexico. On June 18, 2016, **Jose Alfredo Ramirez-Ahuacatitan** was lawfully denied admission, excluded, deported and removed from the United States through Eagle Pass, Texas. On May 13, 2021, agents found **Jose Alfredo Ramirez-Ahuacatitan** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Jose Alfredo Ramirez-Ahuacatitan** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>May 14, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54